Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY P. La RUFFA, | Case No. 8:13-cv-00032-AG-JPR |
|---|---|
| Plaintiff, | Hon. Andrew J. Guilford |
| Vs. | **JUDGMENT** |
| JP MORGAN CHASE BANK, N.A., WASHINGTON MUTUAL BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Inc., All Persons Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien of Interest in the Property Described in the Complaint, Adverse to Plaintiff's Title, or Any Cloud On Plaintiff's Title thereto; and DOES 1 to 20, inclusive | |
| Defendants. | |

IR01DOCS\605805.1

1

1     IT IS ORDERED, ADJUDGED, AND DECREED that

2 all claims in the Complaint of Plaintiff Anthony P. LaRuffa are DISMISSED with

3 prejudice as to Defendants JPMORGAN CHASE BANK, N.A., individually and as an

4 acquirer of certain assets of Washington Mutual Bank from the FDIC acting as

5 receiver (erroneously sued as Washington Mutual Bank, FSB), and MORTGAGE

6 ELECTRONIC REGISTRATION SYSTEMS, INC.

7     **SUCH JUDGMENT IS HEREBY ENTERED.**

11 Dated: March 18, 2013

Hon. Andrew J. Guilford
United States District Court Judge
Central District of California